McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAGPAL SINGH, *et al.*,<br><br>Defendants. | CASE NO. 2:17-CR-00210 GEB<br><br>STIPULATION TO SET MATTER FOR TRIAL AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 1, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for a trial confirmation hearing on March 1, 2019.

2. By this stipulation, defendants Jagpal Singh, Jagdish Singh, Tajinder Singh, Parminder Singh, and Shawana Denise Harris, through their respective counsel of record, and the United States hereby request that this matter be re-set for a jury trial on October 15, 2019 at 9:00 a.m. with a trial confirmation hearing set for August 30, 2019 at 9:00 a.m. to avoid other existing matters, and that the previous trial confirmation hearing set for March 1, 2019, and the corresponding trial date of April 16, 2019, both be vacated.

3. Further, defendants also move to continue to exclude time between March 1, 2019, and October 15, 2019, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case

includes collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks which is subject to a protective order. To date, the United States has produced over 3,000 pages of documents, as well as over a dozen audio/video recordings, some of which are in a foreign language. The United States continues to investigate the case and will continue to produce discovery up through the trial date.

        b)     Counsel for defendants desire additional time to review discovery, including that which will be produced up to the trial date, consult with their respective clients, to conduct investigation and research related to the charges, to prepare pretrial motions, and to otherwise prepare for trial. Counsel also need time to discuss with their clients potential resolution.

        c)     Further, October 2019 is the first available time when all defense counsel will be available for trial due to their respective existing schedules, including other cases that are already set for trial, as well as personal or familial obligations.

        d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny each of their clients continuity of counsel.

        e)     The United States does not object to setting the trial in October 2019.

        f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2019 to October 15, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

2

must commence.

IT IS SO STIPULATED.

Dated: January 10, 2019     McGREGOR W. SCOTT
                            United States Attorney

                            */s/ Todd A. Pickles*
                            TODD A. PICKLES
                            ROSANNE L. RUST
                            Assistant United States Attorneys

Dated: January 10, 2019     */s/ Mark Bledstein (as authorized 1/10/2019)*
                            I. MARK BLEDSTEIN
                            ADAM KOPPEKIN
                            Counsel for Defendant
                            JAGPAL SINGH

Dated: January 10, 2019     */s/ Ellen Barry (as authorized 1/10/2019)*
                            ELLEN BARRY
                            Counsel for Defendant
                            JAGDISH SINGH

Dated: January 10, 2019     */s/ Edward Robinson (as authorized 1/10/2019)*
                            EDWARD ROBINSON
                            Counsel for Defendant
                            TAJINDER SINGH

Dated: January 10, 2019     */s/ Kelly Babineau (as authorized 1/10/2019)*
                            KELLY BABINEAU
                            Counsel for Defendant
                            PARMINDER SINGH

Dated: January 10, 2019     */s/ Kyle Knapp (as authorized 1/10/2019)*
                            KYLE KNAPP
                            Counsel for Defendant
                            SHAWANA DENISE HARRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge