PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWANA HARRIS,<br><br>Defendant. | CASE NO. 2:17-CR-210 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND RESETTING TRIAL DATE; FINDINGS AND ORDER<br><br>DATE: October 4, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on October 4, 2021.

2. By this stipulation, defendant and the government now move to continue the jury trial until February 7, 2022, at 9:00 a.m., and to exclude time between October 4, 2021, and February 7, 2022, under Local Code T4. In addition, the parties jointly request that the Court set a trial confirmation hearing for January 6, 2022, at 9:30 a.m., and that the Court vacate the current trial date and related schedule for pretrial filings.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On August 26, 2021, the government arrested Jaswinder Singh for recent alleged witness tampering related to this trial pursuant to the complaint in case number 2:21-mj-00135-

CKD. Following Mr. Jaswinder Singh's alleged witness tampering and his arrest, the government produced substantial new discovery to defense counsel in this case. This includes hours of undercover recordings from August 2021 that are in the Punjabi language, as well as nearly four thousand additional pages of documents. During one of the recordings, Ms. Harris is allegedly mentioned by name as someone Mr. Singh worked with at the DMV in relation to the fraud charged in the Indictment. Additional discovery previously produced in this case includes, but is not limited to, thousands of pages of DMV records, investigative reports, and other audio recordings, including some in the Punjabi language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant and the government desire additional time to pursue full expert translations of the lengthy new Punjabi undercover audio from August 2021, which will take a substantial amount of time and expense. In addition, counsel for defendant desires additional time to assess the defense strategy in this case, and to reevaluate certain previously produced discovery in light of the new discovery related to the recent developments.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny his client effective representation.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2021 to February 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 9, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ CHRISTOPHER S. HALES
                                   ROSANNE L. RUST
                                   CHRISTOPHER S. HALES
                                   Assistant United States Attorney

Dated:  September 9, 2021          /s/ KYLE KNAPP
                                   KYLE KNAPP
                                   Counsel for Defendant
                                   SHAWANA HARRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of September, 2021.

_____
Troy L. Nunley
United States District Judge