**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Shawana Harris

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SHAWANA HARRIS,<br><br>                Defendant. | CASE NO. 2:17-CR-00210-TLN<br><br>**STIPULATION AND ORDER TO**<br>**SET NEW JUDGEMENT AND SENTENCING**<br>**DATE & NEW DISCLOSURE SCHEDULE**<br><br>DATE: July 28, 2022<br>Time: 9:30 am<br>COURT: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, SHAWANA HARRIS, that the previously scheduled status for sentencing date of July 28, 2022, be vacated and the matter set for sentencing on September 29, 2022, at 9:30 a.m.

    This continuance is requested to allow defendant to be interviewed by probation and research some background guideline issues. I have contacted Ms. Rust and Ms. Besabe and they have no objection to the new sentencing date.

    In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – September 29, 2022; Sentencing Memorandum/Reply or Statement of Non-Opposition to Motion to Correct PSR September 22, 2022; Formal Objections/Motion to Correct PSR due September 15, 2022; Probation Report and Response to Informal Objections due September 8, 2022; and Informal

Objections due September 1, 2022.  The draft PSR will be disclosed to counsel no later than August 18, 2022.

Dated: June 9, 2022                      Respectfully submitted.

                                            /s/ Kyle R. Knapp
                                            Kyle R. Knapp
                                            Attorney for Defendant Shawana Harris

Dated: June 9, 2022                       Respectfully submitted.

                                            /s/ Rosanne L. Rust
                                            Rosanne L. Rust
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**IT IS SO ORDERED.**

DATE:  June 9, 2022

_____
Troy L. Nunley
United States District Judge