**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Shawana Harris

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHAWANA HARRIS,<br><br>　　　　　　Defendant. | CASE NO. 2:17-CR-00210-TLN<br><br>STIPULATION AND ORDER TO<br>SET NEW JUDGMENT AND SENTENCING DATE<br><br>DATE: September 29, 2022<br>Time: 9:30 am<br>COURT: Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant, SHAWANA HARRIS, that the previously scheduled sentencing date of September 29, 2022, be vacated and the matter set for sentencing on October 6, 2022, at 9:30am.

　　　This continuance is requested to resolve a logistical issue with defendant and research some background financial issues.  I have contacted Ms. Rust and Ms. Besabe and they have no objection to the new sentencing date.

Dated: September 26, 2022　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Shawana Harris

| | |
|---|---|
| Dated: September 26, 2022 | Respectfully submitted,<br><br>  /s/ Rosanne L. Rust<br>Rosanne L. Rust<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

IT IS SO ORDERED.

DATE:  September 26, 2022

Troy L. Nunley
United States District Judge