**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Shawana Harris

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWANA HARRIS,<br><br>Defendant. | CASE NO. 2:17-CR-00210-TLN<br><br>**STIPULATION AND ORDER TO SET NEW JUDGMENT AND SENTENCING DATE**<br><br>DATE: October 6, 2022<br>Time: 9:30 am<br>COURT: Hon. Troy L. Nunley |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant, SHAWANA HARRIS, that the previously scheduled sentencing date of October 6, 2022, be vacated and the matter set for sentencing on January 5, 2023, at 9:30 a.m.

 Counsel for defendant is ill and pursuant to Court and local guidelines cannot appear on the currently scheduled sentencing date. All parties endeavor to go to sentencing on the next available date and are informed that January 5, 2023 is that date. I have contacted Ms. Rust and Ms. Besabe and they have no objection to the new sentencing date.

Dated: October 4, 2022                                        Respectfully submitted,

                                                           /s/ Kyle R. Knapp
                                                          Kyle R. Knapp
                                                          Attorney for Defendant Shawana Harris

Dated: October 4, 2022

Respectfully submitted,

  /s/ Rosanne L. Rust
Rosanne L. Rust
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

DATED: October 4, 2022

Troy L. Nunley
United States District Judge