**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Shawana Harris

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SHAWANA HARRIS,<br><br>  Defendant. | CASE NO. 2:17-CR-00210-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S TURN IN DATE** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant, SHAWANA HARRIS, that defendant's turn in date to federal prison be delayed from the currently scheduled date of January 12, 2023, to January 27, 2023.  On November 20, 2022, Ms. Harris was rear-ended by two separate vehicles in a serious car accident and has been under the care of several doctors who continue to order diagnostic tests.  Counsel for Ms. Harris anticipates filing a motion to be heard on January 26, 2023, to delay her turn in until after her course of treatment concludes.

   The parties have discussed this dynamic and given both the current California weather dynamics where both travel and court calendars have been impacted, it is hereby stipulated that Ms. Harris' self-surrender at 2pm at the federal facility in Victorville be delayed until January 27, 2023 at 2pm.  Counsel for Ms. Harris needs additional time to gain a better picture of her condition and future medical needs.

Nothing in this stipulation prejudices either Ms. Harris or the government in any future pleadings regarding any subsequent self-surrender dates.

Dated: January 5, 2023            Respectfully submitted,

                                               /s/ Kyle R. Knapp
                                          Kyle R. Knapp
                                          Attorney for Defendant Shawana Harris

Dated: January 5, 2023            Respectfully submitted,

                                               /s/ Rosanne L. Rust
                                          Rosanne L. Rust
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED:  January 5, 2023

                                          Troy L. Nunley
                                          United States District Judge