1  **KYLE R. KNAPP**
   **Attorney at Law**
2  California State Bar No. 166597
   916 2nd Street, 2nd Floor
3  Sacramento, CA 95814
   Telephone:(916) 441-4717
4

5  Attorney for Shawana Harris

6

7
                       UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )   CASE NO. 2:17-CR-00210-TLN
                                  )
11                Plaintiff,      )
                                  )
12                                )   STIPULATION AND ORDER TO
   v.                             )   CONTINUE DEFENDANT'S TURN IN DATE
13                                )
                                  )   DATE: January 26, 2023
14 SHAWANA HARRIS,                )   Time: 9:30 am
                                  )   COURT: Hon. Troy L. Nunley
15                Defendant.      )
                                  )
16 _____  )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18 counsel, Rosanne Rust, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney
19 for defendant, SHAWANA HARRIS, that defendant's turn in date to federal prison be delayed from the
20 currently scheduled date of January 27, 2023, to **February 24, 2023**.  On November 20, 2022, Ms. Harris
21 was rear-ended by two separate vehicles in a serious car accident and has been under the care of several
22 doctors who continue to order diagnostic tests.  Counsel for Ms. Harris anticipates filing a motion to be
23 heard on February 16, 2023, to delay her turn in until after her course of treatment concludes.  Ms. Harris
24 had appointments with her orthopedist and is waiting the results of a recent CT scan.  To date, the reports
25 or treatment plans have not been received by Ms. Harris or her counsel in Los Angles.
26       The parties have discussed this dynamic and it is hereby stipulated that Ms. Harris' self- surrender
27 at 2pm at the federal facility in Victorville be delayed until February 24, 2023 at 2pm.  Counsel for Ms.
28 Harris needs additional time to gain a better picture of her condition and future medical needs.

Nothing in this stipulation prejudices either Ms. Harris or the government in any future pleadings regarding any subsequent self-surrender dates.

Dated: January 23, 2023 Respectfully submitted,

/s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Shawana Harris

Dated: January 23, 2023 Respectfully submitted,

/s/ Rosanne L. Rust
Rosanne L. Rust
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

DATED: January 23, 2023

Troy L. Nunley
United States District Judge