IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWANA DENISE HARRIS,<br><br>Defendant. | CASE NO.: 2:17-cr-00210 TLN<br><br>**ORDER GRANTING FAY ARFA'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT'S RENEWED MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE – 18 U.S.C. § 3582(c)(1)(A)(i))** |

GOOD CAUSE APPEARING, it is ordered that Fay Arfa's request to withdraw as counsel for Shawana Denise Harris's Motion for Compassionate Release and that attorney Brian McComas is substituted in as counsel.

IT IS SO ORDERED.

Dated: May 20, 2025

_____
Troy L. Nunley
Chief United States District Judge