BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant-Petitioner
SHAWANA DENISE HARRIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Respondent,<br><br>vs.<br><br>SHAWANA DENISE HARRIS,<br><br>    Defendant - Petitioner. | Case No. 2:17-cr-00210-TLN-05<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION AND SUPPLEMENTAL MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(C)(2) AND GUIDELINE AMENDMENT 821, AND TO REDUCE SENTECE AND/OR GRANT COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(I)** |

## STIPULATION

## BACKGROUND

1. Defendant Harris filed a *pro per* motion for compassionate release regarding medical issues on July 13, 2023. Docket No. 229. On October 25, 2023, the Court denied the motion. Docket No. 238. On February 12, 2024, the Court appointed prior counsel effective *nunc pro tunc* to February 6, 2024. Docket No. 240.

2. On May 21, 2025, the Court ordered the substitution of the undersigned defense counsel. Docket No. 248. While counsel was preparing a motion for reduction of sentence, Ms.

Harris filed her own *pro per* motion on July 21, 2025. Docket No. 250. The undersigned counsel is separately filing a supplement to that motion.

3. The parties desire to stipulate to a briefing schedule for the motion and supplemental motion. Counsel for respondent does not oppose this request.

4. The parties stipulate to the following briefing schedule: Counsel for defendant-petitioner will file a supplemental motion by: August 6, 2025; plaintiff-respondent will file a response by: September 15, 2025; defendant-petitioner will file a reply, if any, by: September 29, 2025.

**IT IS SO STIPULATED:**

DATED: August 5, 2025            KIMBERLY A. SANCHEZ
                                 Acting United States Attorney
                                 */s/ Shelley Weger*
                                 SHELLEY WEGER
                                 Assistant U.S. Attorney

DATED: August 5, 2025            */s/ B.C. McComas*
                                 BRIAN C. McCOMAS

                                 ATTORNEY FOR DEFENDANT-PETITIONER
                                 SHAWANA DENISE HARRIS

**O R D E R**

**IT IS SO ORDERED** on August 5, 2025.

_____
Troy L. Nunley
Chief United States District Judge