# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Respondent;<br><br>v.<br><br>SHAWANA DENISE HARRIS,<br><br>　　　　Defendant - Petitioner | Case No. 2:17-cr-00210-TLN-05<br><br>**ORDER RE: DEFENDANT'S REQUEST TO SEAL EXHIBITS A-B IN SUPPORT OF THE SUPPLEMENTAL MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(C)(2) AND GUIDELINE AMENDMENT 821, AND TO REDUCE SENTENCE AND/OR GRANT COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(I)** |

Upon application of the defendant SHAWANA DENISE HARRIS, through counsel, and good cause being shown as set forth in defendant's notice of request to seal and request to seal.

IT IS HEREBY ORDERED that Exhibits A-B in support of defendant's motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated: August 6, 2025

_____
Troy L. Nunley
Chief United States District Judge